IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01933-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 28 2006

GREGORY C. LANGHAM
CLERK

ERNEST T. STANTON,

    Plaintiff,

v.

[NO NAMED DEFENDANT]

    Defendant.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES AND TO SHOW CAUSE

Plaintiff Ernest T. Stanton has submitted *pro se* documents titled "Prima Facia Motion to Proceed In Forma Pauperis" and "Prima Facia Case." As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this order. The clerk of the Court will be directed to commence a civil action. Any papers that Mr. Stanton files in response to this order must include the civil action number on this order.

The Court has determined that the application is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the Court will be directed to commence a civil action. Mr. Stanton will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Stanton files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) _X_ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Mr. Stanton seeks leave to proceed without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 (Supp. 2006). In relevant part, this statute provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). For the purposes of this analysis, the Court may consider actions or appeals dismissed prior to the enactment of 28 U.S.C. § 1915(g). ***Green v.***

***Nottingham***, 90 F.3d 415, 420 (10th Cir. 1996).

Mr. Stanton does not allege that he is under imminent danger of serious physical injury. The court takes judicial notice that Mr. Stanton has, on three or more prior occasions, while incarcerated, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted. The following six cases have been dismissed as legally frivolous. **See *Stanton v. Hickman***, No. 95-cv-00874-DBS (D. Colo. June 6, 1995); ***Stanton v. De Baca***, No. 95-cv-00875-DBS (D. Colo. June 6, 1995); ***Stanton v. Knight***, No. 95-cv-00876-DBS (D. Colo. June 6, 1995); ***Stanton v. Baxter***, No. 95-cv-01389-DBS (D. Colo. June 6, 1995); ***Stanton v. Dolton***, No. 95-cv-01390-DBS (D. Colo. June 6, 1995), ***aff'd***, No. 95-1294 (10th Cir. Apr. 19, 1996); ***Stanton v. Dolton***, No. 95-cv-01408-DBS (D. Colo. June 6, 1995). Therefore, Mr. Stanton will be ordered to show cause why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Mr. Stanton cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that Mr. Stanton files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Stanton, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. It is

FURTHER ORDERED that Mr. Stanton show cause in writing **within thirty (30)**

**days from the date of this order** why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g) because: (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted; and (2) he fails to establish that he is under imminent danger of serious physical injury. It is

FURTHER ORDERED that the response shall be titled, "Response to Order to Show Cause," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that, if Mr. Stanton fails to cure the designated deficiencies and to show cause **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 26th day of September, 2006.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06-CV-01933-BnB**

Ernest T. Stanton
Prisoner No. WCB - #16
Larimer County Detention Center
2405 Midpoint Drive
Fort Collins, CO 80525

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 9-28-06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk